**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 67.175.68.184**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Northbrook, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/06/2018 05:25:15 | 52E3AFBD6E5042A15B7BAFECFD7326325A333AD7 | Clear Wet Dream |
| 04/02/2018 02:16:40 | E8E5BAD12BA5B6F8C78753C73B91D840695C52F1 | Wine Makes Me Anal |
| 03/25/2018 02:16:22 | ECA934BB8B60DEC00B4ECD9EA09B894FFFC17C13 | Stripshow Sex |
| 02/13/2018 05:36:42 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 01/29/2018 03:50:33 | 6C36E5B1C36D11BD2D4A288ADD223F342AFE2A7D | X Marks The Spot |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

NIL885